UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CR595 JCH (DDN) |
| | ) | |
| BRET CRAWFORD, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

# **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence (Doc. No. 63) and the Government's Motion for a Determination by the Court Regarding the Admissibility of Arguably Suppressible Evidence (Doc. No. 64). Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on February 11, 2011 (Doc. No. 99). Defendant Crawford submitted his "Objections to Order and Memorandum of the United States Magistrate Judge Which Denied Defendant Brett Crawford's Motion for Severance of Defendants" on February 11, 2011 (Doc. No. 101), and the Government filed its "Response to Defendant's Objections to the Report and Recommendation Denying His Motion to Sever" on February 18, 2011 (Doc. No. 113) .

The Magistrate Judge recommends that the Court deny as withdrawn the oral motion of defendant Brett Crawford to suppress evidence (Doc. No. 63) and the oral motion of the Government for a determination of the admissibility of arguably suppressible evidence (Doc. No. 64). After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 99) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

Dated this <u>18th</u> day of February, 2011.

/s/ Jean C. Hamiton

UNITED STATES DISTRICT JUDGE